| AO 256 (Rev. 2/86) | CRIMINAL DOCKET - U.S. District Court | | | | | | | U.S. VS. | Name Change per Order 3/16/89 ~~JOHN DOE a/k/a "Todd"~~ Goodworth, Tod Alexander Drug violation | Case Filed Mo. 02 Day 14 Yr. 89 | Docket No. 00009 | Def. 04 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PO ☐ | 417 | 5 | Assigned 1707 | | ☐ WRIT | | | | | | |
| | Misd. ☐ | | | Disp./Sentence 1707 | | ☐ JUVENILE | | | | No. of Def's 4 | U.S. MAG. CASE NO. | |
| | Felony ☒ | District | Off | Judge/Magistr. | | ☐ ALIAS OFFENSE ON INDEX CARD | | | | | | |

### I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG | GUILTY NOLO |
|---|---|---|---|---|
| 21§846 | Conspiracy to possess with intent to distribute in excess of 5 kilograms of cocaine | Count 1 | | ☒ |

### II. KEY DATE

**INTERVAL ONE**
KEY DATE: 3-14-89 in Fla.
EARLIEST OF: ☒ arrest, ☐ sum'ns, ☐ custody, ☐ appears on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)**
KEY DATE: 02-14-89
APPLICABLE: ☒ Indictment filed/unsealed consent to Magr. trial on complaint, ☐ Information, ☐ Felony-W/waiver

KEY DATE: 4-10-89
a) ☒ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☐ Supsdg: ☐ Ind ☐ Inf
d) ☐ Order New trial
e) ☐ Remand  f) ☐ G/P Withdrawn

**END INTERVAL TWO**
KEY DATE: 5-4-89
APPLICABLE: ☐ Dismissal, ☒ Pled Guilty ☐ After N.G., ☐ Nolo ☐ After nolo, ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

1st appears with or waives counsel: 4-6-89
ARRAIGNMENT: 5-4-89
1st Trial Ended: 
RE-TRIAL:
2nd Trial Began:
DISPOSITION DATE:
SENTENCE DATE:
☐ PTD, ☐ Nolle, ☐ Pros.
FINAL CHARGES DISMISSED: ☐ on S.T. grounds ☐ W.P. ☐ WOP, on def motion, on gov't motion

### III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. |
|---|---|---|---|
| Summons | Issued / Served | | |
| Arrest Warrant Issued COMPLAINT ▶ | | | |
| Date of Arrest | OFFENSE (In Complaint) | | |

INITIAL APPEARANCE DATE ▶
PRELIMINARY EXAMINATION { Date Scheduled ▶
OR REMOVAL HEARING { Date Held ▶
☐ WAIVED ☐ NOT WAIVED   Tape Number
☐ INTERVENING INDICTMENT

OUTCOME:
☐ DISMISSED
☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT
☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Sen. Guidelines:

JLE ☐ ☐ ● ☐
20 21 40 In Out

Show last names and suffix numbers of other defendants on same indictment:
→ BARNES, BARNES III, CHRISTY

### ATTORNEYS
U.S. Attorney or Asst.

J. DOUGLAS McCULLOUGH

Defense: 1 ☐ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

4/5/89 per USA - attorney is
Cloud Miller  (J. Robert Cooper)
P. O. Drawer 15040
Atlanta, Ga. 30315

(Per Judge's Office - local counsel not needed)

~~(Per Mr. Cooper in Mr. Miller's office Rick Hunter has been retained as local counsel)~~
~~I.A. and Ar & Tr. 4/17/89 at NB at 4:30 P.M.~~

### IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

70 day exp: 6/19/89

Sen: 12/4/89 Wilm.

### BAIL ● RELEASE

**PRE-INDICTMENT**
Release Date
☐ Bail Denied    ☐ Fugitive  ☐ Pers. Rec.
AMOUNT SET      ☐ PSA
$                Conditions
Date Set        ☐ 10% Dep.
                ☐ Surety Bnd
☐ Bail Not Made ☐ Collateral
Date Bond Made  ☐ 3rd Prty
                ☐ Other

**POST-INDICTMENT**
Release Date
☐ Bail Denied   ☐ Fugitive  ☐ Pers. Rec.
AMOUNT SET      ☐ PSA
$               Conditions
Date Set        ☐ 10% Dep.
                ☐ Surety Bnd
☐ Bail Not Made ☐ Collateral
Date Bond Made  ☐ 3rd Prty
                ☐ Other

### FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE DOCUMENT NO. | Yr. | Docket No. | Def. | ☐ MASTER DOCKET - MULTIPLE DEFENDANT CASE  ☐ PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE ___ OF ___ | VI EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|---|---|---|



**V. PROCEEDINGS**

| | | |
|---|---|---|
| 02-14-89 | 1. | INDICTMENT FILED- |
| 2-15-89 | 2. | Request for warrant to be issued by the U.S. Attorney |
| | 3. | **ISSUED WARRANT** Original and one copy of warrant to U.S. Marshal w/c copy of indictment for service. 1c U.S. Attorney ms |
| 3/16/89 | -- | RECEIVED - Field Report - orig. warrant sent to USMS,S/Fl. for execution. |
| 3-15-89 | 4. | **MOTION TO AMEND DOCUMENTS TO REFLECT TRUE NAME ON DEFENDANT -** by: Christine Dean, AUSA - 1c: Mag. Denson jh |
| 3-16-89 | 5. | ORDER the Clerk is directed to strike the name John Doe, a/k/a "Todd" and replace it with the name TOD ALEXANDER GOODWORTH on the original of the indictment and all other court documents in this matter. **(Mag. Denson)** O.B.#38, P.168 - c: AUSA, USPO, USM, Mag. Denson, Wil. Div., J. Fox, Counsel jh |
| 3-16-89 | 6. | ORDER the Clerk is directed to strike the name ANNA BARNES and replace it with the name ANNE BARNES on the original indictment and all other court documents in this matter. (J. Rich Leonard, Clerk) O.B.#38, P.173 c: AUSA, USPO, USM, J. Fox, Counsel, Wil. Office jh |
| 3/27/89 | -- | **RETURN ON WARRANT FOR ARREST on Indictment** - arrested 3/14/89 by Pattie D. Clarke, DUSM sr |
| 4-6-89 | -- | USA request case be set week of 4/10/89 in New Bern - deft. to arrive back in distr. on 4/7 or later. Judge's office said to set for 4/17/89 at 4:30 P.M. in New BErn. sr |
| 4-6-89 | -- | **ISSUED NOTICE TO APPEAR** - set for initial appearance and arraign. and trial on 4/17/89 at 4:30 P.M. in NB before Judge Fox. 1c: Judge Fox, USA, Mr. Miller, USM, USPO NB Div. Office, Joyce Todd and Court Reporter. sr |
| 4-6-89 | -- | After above notice mailed - case set for I.A. on 4/10/ at 10 A.M. before Mag. Denson in Raleigh - Maureen advised USPO, USA and USM and put on CA1 - I contacted Atty. Cooper in Atlanta and he is to contact Rick Hunter in Raleigh who will attend the I.A. - I advised USA, USM and USPO and atty. that it is still set for Ar. & Tr. in NB on 4/17/89 at 4:30 P.M. (Per USM deft. will be back in distr. on Sunday) sr |
| 4-7-89 | -- | **MAGISTRATE'S PAPERS FROM SOUTHERN DISTRICT OF FLA -** 1. Waiver of Rule 40 hearings 2. Commitment to Another District 3. Order & Advise to Deft. and Commitment Order - Bond set at $500,000 corporate surety - **No Bond Hearing Held IN FLORIDA** 4. Order appointing FPD in Florida sr |
| 4-10-89 | | at Raleigh - Mag. Denson- recorded - **INITIAL APPEARANCE** Advised of charges, penalties and rights. Motion for detnetion or in the alternative continue bond set in Florida. Waives Detention Hearing. Deft. to retain counsel. Counsel to enter notice of appearance by April 17, 1989. |
| | 7. | NOTICE OF LIMITED APPEARANCE |
| | 8. | ORDER OF PRETRIAL DETETNION - It is hereby ordered, without opposition, that the defendant be detained pending trial. Mag. Denson CR OB # 38, p. 210 cys. dist. (ent. 4-10-89) ms |





Case 5:89-cr-00009-F  Document 12  Filed 02/14/89  Page 2 of 4

CONTINUED TO PAGE ___

LETTER CODES
For identifying periods of excludable delay per 18 USC 3161 (h) (Sections in brackets)

A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1)(A)]
B NARA exam (18 USC 2902) [(1)(B)]
C State/Fed.l proceedings on other charges [(1)(D)]
D Interlocutory appeal [(1)(E)]
E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
F Transfer from other district per FRCrP 20.21 or 40 or Mag. Rule 6a [(1)(G)]
G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]
H Misc. proceedings: arraignment, parole/probation, revocation, Deportation, extradition [(1)]
5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]
6 Transportation from another district or to/from examination or hospitalization in 10 days or [(1)(H)]
7 Consideration Court of proposed plea agreement [(1)(I)]
I Prosecution deferred by mutual agreement [(2)]
M Unavailability of defendant or essential witness [(3)(A,B)]
N Period of mental/physical incompetence of def. to stand trial [(4)]
O Period of NARA commitment/treatment [(5)]
P Superseding indictment and/or new charges [(6)]
R Def. awaiting trial of co-defendant & no severance has been granted [(7)]
T Continuances granted per (h)(B) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A,B)]
T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,ii)]
T2 Case unusual or complex [(8)(B,ii)]
T3 Indictment 9 arrest can't be filed in 30 days [(8)(B,iv)]
T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]
U Time up to withdrawal guilty plea, 3161(i)
W Grand Jury indictment time extended 30 more days, 3161 (b)

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |||| 
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| ** 4/14/89 | **ISSUED AMENDED NOTICE TO APPEAR** - AR. & tr. set for 4/17/89 at 4:30 P.M. in New Bern **continued** until 4/24/89 at 11 A.M. in Wilmington, N.C. before Judge Fox. lc: Judge Fox, USA, Mr. Miller, mr. Hunter, USM USPO, New BErn, Wilm., Joyce Todd and Court Reporter | (re-set for 5/4) | | sr | |
| 4/14/89 | 9. **NOTICE OF LIMITED APPEARANCE** by ATty. J. Robert Cooper P. O. Box 150400, ATlanta, Ga. 30315 - lc: USPO, Fox, | Denson | | | |
| 4/14/89 | 10. **MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE** by ATty. Cooper.   lc: Judge Fox | | | sr | |
| ** 4/10/89 | 11. **MOTION** - for Fed. agents to remove deft. from custody of USM to prepare for trial by Govern. lc: Mag. McCotter | | | sr | |
| | 12. **ORDER** - allowing fed. agent to remove deft. from custody of USM for preparation for trial, etc., (McCotter, Mag.) Cr. OB#38, P. 220. cys. to USA and USM. (ent. 4/15/89) & counsel | | | sr | |
| 4-21-89 | - Per Mr. Richard Hunter - he has not been retained as local counsel and is not in the case. (Advised Judge Fox's office) | | | sr | |
| 4-24-89 | 13. **ORDER** - re: motion for admission to practice pro hac vice - **granted** and court waives Local Rule 2.04. (Fox, J) Cr. OB#38, P. 228 | | | | |
| 4-24-89 | - **Wilm.** - **JUDGE Fox** - **Talley Taylor** Ct. Reporter Deft. sworn - competent Arraignment - problem w/entry of plea - case continued tentatively until 4/28/89 in Wilm. Attys. to advise the court if they can have hearing on 4/28/89. (case file being held in Wilm. pending hearing possibly on 4/28). | | | sr | |
| 4-26-89 | - **ISSUED NOTICE TO APPEAR** - re-set for Ar. & Tr. (Rule 11) before Judge Britt on 5/4/89 at 9 A.M. in Raleigh. lc: USA and Mr. Miller.   (Sen. to be handled by Judge Fox) | | | sr | |
| 5-4-89 | -- **RALEIGH** - Judge Brittfor Judge Fox - **JO BUSH CT. REPORTER** Deft. sworn - competent local counsel waived | | | | |
| | 14. **MEMORANDUM OF PLEA AGREEMENT** - lc: USA, USPO, Judge Fox and Mr. Cooper. Plea of G/Ct. 1 - accepted Per Doug McCullough - offense ended for this deft. prior to 11/13/84. Sen: 7/31/89 - NB - 9 A.M.- NB    (continued see 5/26/89) **DEFT. IN CUSTODY:** | | | | |

| DATE | PROCEEDINGS (continued) —(Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 5/26/89 | 15. **ORDER** - sen. currently sch. for 7/17/89 is **continued** until 9/5/89 at Wilm. -need add. time to complete pre-SEN. REPORT. 1c: USA, USPO, USM and Mr. Cooper (ent. 5/26/89) sr | | | | |
| 8/3/89 | 16. MOTION TO RELEASE CONFISCATED FUNDS - moves to release $1,323.48 taken by FBI in SDFla. w/cs. 1c: Judge Fox (Attorney failed to include exhibits 1-4 - which they are putting in the mail today) sr | | 8/3/89 9/28/89 | | |
| 8/7/89 | 17. GOVERNMENT'S ANWER TO DEFENDANT'S MOTION FOR RETURN OF SEIZED MONEY w/cs. 1c: Judge Fox sr | | | | |
| 8/8/89 | -- REceived EXhibits which were to be attached to Motion to Release Confiscated fund filed 8/3/89 - 1c: Judge Fox sr | | | | |
| 8/15/89 | 18. ORDER - re: motion for order directing FBI to return $1,323.48 Govern to file w/n 20 days of receipt of this order a memorandum indicating whether the money has been returned to deft - motion in abeyance. (Fox, J) Cr. OB339, P. 145. 1c: USA and Mr. Cooper (ent. 8/15/89) sr | | | | |
| 8/16/89 | **ISSUED NOTICE TO APPEAR** - set for sentencing. on Tuesday, Sept. 5, 1989, at 9 A.M. in Wilm., N.C. before Judge Fox - 1c: USA and Mr. Cooper | | | | |
| 8/25/89 | 19. GOVERNMENT'S MOTION FOR CONTINUANCE OF SENTENCING w/cs. 1c: Judge Fox (moves to continue from 9/5 Sess.) | | 8/25/89 8/29/89 | | |
| 8/29/89 | 20. ORDER - govern's m/continue from 9/5/89 session is granted - sen. of deft. is continued to 12/4/89 Session in Wilm. (Fox, J) Cr. OB#39, P. 183. 1c: USA, USPO USM and Mr. Cooper. (ent. 8/29/89) sr | | | | |
| 9/12/89 | 20. GOVERNMENT'S RESPONSE to the court's Order of August 15, 1989; cs to Mr.Cooper; cy to Judge Fox bb | | | | |
| 9/28/89 | 21. ORDER - upon info. rec'd from FBI money has been returned to deft. - deft's "M/Release confiscated Funds filed 8/3/89 is DENIED AS MOOT. (Fox, J) Cr. OB#40, P. 83. 1c: USA and Mr. Cooper (ent. 9/28/89) sr | | | | |
| 11-10-89 | -- ISSUED NTOICE TO APPEAR - set for sentencing on 12/4/89 at 9 A.M. in Wilm. before Judge Fox - 1c: USA and Mr. Cooper sr | | | | |
| 12/4/89 | -- Wilm. - Judge Fox - Talley Taylor Ct. Reporter Evid. for Govern - Ct. finds cocaine to be less than 5 kilograms 23. JUDGMENT AND PROBATION/COMMITMENT ORDER 7 yrs. impr. (Fox, J) Cr. OB# 40 P.191 . 1c: USPO, deft. Mr. Cooper, Judge Fox, 2c: USA and USPO (ent. 12/5/89) sr | | | | |
| 1/29/90 | **MARSHALS RETURN** on J & C - Deft. del. to F. P. C.I. Talladega, Al on 12/16/89 | | | | |
| 12/26/89 | Deft. del. F.P.C. - Eglin ag | | | | |